SCWC-13-0000127

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OAHU PUBLICATIONS INC., dba The Honolulu Star-Advertiser,
Petitioner/Plaintiff-Appellee,

vs.

NEIL ABERCROMBIE, in his official capacity
as Governor of the State of Hawaiʻi,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000127; CIV. NO. 11-1-1871)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., and Nakayama, J., and
Circuit Judge Browning, in place of McKenna, J., recused,
Circuit Judge Castagnetti, in place of Pollack, J., recused,
and Circuit Judge Chang, in place of Wilson, J., recused)

Petitioner/Plaintiff-Appellee's application for writ of certiorari filed on May 2, 2014, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 13, 2014.

Diane D. Hastert,
Robert H. Thomas,
Mark M. Murakami, and
Christopher J.I. Leong
for petitioner

Charleen M. Aina
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ R. Mark Browning

/s/ Gary W.B. Chang

/s/ Jeannette H. Castagnetti